## EX PARTE MORSE, PETITIONER.

### MOTION FOR LEAVE TO FILE A PETITION FOR A WRIT OF HABEAS CORPUS.

No. —, Original. Submitted May 2, 1910.—Decided May 16, 1910.

Motion for leave to file a petition for writ of *habeas corpus* on the ground that petitioner was restrained under a judgment of sentence of imprisonment entered by a court without jurisdiction and in disregard of petitioner's constitutional rights, denied without opinion.

PETITIONER was tried, convicted and sentenced. He filed this petition alleging that his trial was not impartial, that special government agents were in charge of the jury, that one juror was mentally disqualified, that the court submitted the question of intent to deceive which was not in the indictment, and that the sentence was in excess of the term prescribed by the statute.

*Mr. Martin W. Littleton* for petitioner.

*Per Curiam.* Motion for leave to file petition denied.